# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30574
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 12, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

NOE JUAREZ,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:11-CR-95-4

Before JOLLY, COSTA, and HO, Circuit Judges.

PER CURIAM:[*]

Appealing the judgment in a criminal case, Noe Juarez raises arguments that under the law of the case doctrine are foreclosed. *See United States v. Agofsky*, 516 F.3d 280, 283 (5th Cir. 2008). Juarez's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.